

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      In re AJ Drilling and Austin Charlton, Relators

Appellate case number:    01-19-00086-CV

Trial court case number:   2017-23101

Trial court:               125th District Court of Harris County

On February 4, 2019, relators, AJ Drilling and Austin Charlton, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's January 18, 2019 "Order Granting Plaintiff's Second Motion to Enforce Jury Waiver Against Defendant Austin W. Charlton," and to compel the respondent to place the underlying proceeding on the jury docket. Relators have filed a Rule 52.3(j) certification of compliance with the appendix attached to their petition and a Rule 52.7(a)(2) statement that no testimony was adduced in connection with the matter complained. *See* TEX. R. APP. P. 52.3(j), (k), 52.7(a)(2).

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: _/s/ Laura Carter Higley_____
                        ☒ Acting individually    ☐ Acting for the Court
Date: ___February 12, 2019___